UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RUSSELL SIGLER, INC., | |
|---|---|
| Plaintiff, | Case No. 14-cv-03200-JD |
| v. | **ORDER TO SHOW CAUSE** |
| MARIO TRUJILLO, | |
| Defendant. | |

By an order dated October 8, 2014, this Court set a case management conference in this matter for October 29, 2014, at 1:30 p.m. Case Management Scheduling Order, ECF No. 14. The Court's Standing Order for Civil Cases, which was specifically referred to in the October 8 order, requires that "each party shall be represented at the case management conference by lead counsel" and also advises parties that "[f]ailure of lead counsel to appear may result in sanctions."

On Wednesday, October 29, 2014, the Court held the initial case management conference as scheduled. Joann Rezzo, counsel for defendant Mario Trujillo, did not appear, despite emailing an unfiled letter to the Court and opposing counsel that same day revealing that she was aware that the case management conference was proceeding as scheduled. Ms. Rezzo is reminded that in federal court, entering an appearance does not waive objections to service of process. 5B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1344 (3d ed.).

Accordingly, Ms. Rezzo is hereby ordered to show cause in writing as to why the Court should not impose monetary sanctions in the amount of $500.00. The response to this Order to Show Cause is due by 5:00 p.m. on Wednesday, November 5, 2014.

**IT IS SO ORDERED**.

Dated: October 30, 2014

_____
JAMES DONATO
United States District Judge